**SO ORDERED**



_____
**JAMES F. SCHNEIDER**
**U. S. BANKRUPTCY JUDGE**

In the United States Bankruptcy Court
For the District of Maryland

In Re: Montre R. Simpson            Case No. 13-25110JS
                                         Chapter 13

      Debtor(s)

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

Montre R. Simpson

      Movant

v.

Ocwen Loan Servicing, LLC

      Respondent

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

           <u>AMENDED ORDER DETERMINING SECURED STATUS OF LIEN</u>

      Having considered debtor's Motion to Determine Secured Status of Lien and any response thereto, and it appearing that proper notice has been given, pursuant to 11 U.S.C. 506 and for the reasons set forth in the case of <u>Johnson vs. Asset Management Group, LLC</u>, 226 B.R. 364 (D.Md.1998), it is by the United States Bankruptcy Court for the District of Maryland,

      ORDERED, that the Claim/Lien of the Respondent, Ocwen Loan Servicing, LLC in the amount of $49,000.00, be and is hereby deemed wholly unsecured and it is further,

      ORDERED, that at such time as a discharge Order is entered pursuant to 11 U.S.C. Sec 1328(a) in this case, the lien held in favor of Respondent on Debtor's real property known as 1 Ivybrook Court, Randallstown, MD 21133, is avoided, and it is further,

      ORDERED, that if the Respondent has filed a proof of claim, the claim of the Respondent be and hereby is allowed as a general unsecured claim for purposes of distributions under the Debtor's plan; and it is further,

      ORDERED, that if the Respondent has not filed a proof of claim, the claim of the Respondent be and hereby is allowed as a general unsecured claim for purpose of distributions under the Debtor's plan if a proof of claim is filed on or before the later (i) the claims bar date previously fixed by this court, or (ii) twenty-eight (28) days after entry of this order; and it is further,

ORDERED, that allowance of the claim of the Respondent as an unsecured claim pursuant to this order is without prejudice to objection to such claim on other grounds.

Cc. Trustee
Debtor(s)
Debtor's Attorney
Respondent
U.S. Trustee

**END OF ORDER**